UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORIGINAL

UNITED STATES OF AMERICA

-v.-

RAFAEL CASTILLO,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

INFORMATION

07 Cr. 428

COUNT ONE

The United States Attorney charges:

1. From in or about November 2, 2006 up to and including on or about November 4, 2006, in the Southern District of New York and elsewhere, RAFAEL CASTILLO, the defendant, and others known and unknown, unlawfully, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that RAFAEL CASTILLO, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

3. It was a further part and an object of the conspiracy that RAFAEL CASTILLO, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute 500 grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(B) of Title 21, United States Code.

## OVERT ACT

4. In furtherance of the conspiracy and to effect the illegal objects thereof, RAFAEL CASTILLO, the defendant, and others known and unknown, committed the following overt act, among others, in the Southern District of New York:

    a. On or about November 2, 2006, RAFAEL CASTILLO, the defendant, and a co-conspirator not named herein ("CC-1") met with a co-conspirator not named herein ("CC-2") in Yonkers, New York and provided CC-2 with approximately one kilogram of heroin.

(Title 21, United States Code, Section 846.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney