# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, :

v. :

07 Cr. 428

RAFAEL CASTILLO, :

J. Robinson

Defendant. :

------------------------------------x

**RAFAEL CASTILLO,** the above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), 841(b)((1)(D) having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant.

_____
Counsel for Defendant

Date:   White Plains, New York
        May ___, 2007