**Angelo G. MacDonald, Esq.**
Attorney & Counselor at law

124 West 60th Street, Suite 32
New York, New York 10023
(917) 385-1001

- Admitted in New York and New Jersey -

June 6, 2007

The Honorable Stephen C. Robinson, USDJ
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
Attn: Brandon L. Skolnik, Deputy Clerk
**BY TELEFAX: 914-390-4179**

**MEMO ENDORSED**

Re: USA v. Castillo
SDNY – White Plains    07 cr 428(scr)
~~Mag. Dkt. No. 06-1597~~

To Whom It May Concern:

As per our discussion in court this morning, this letter will confirm that the above captioned matter is adjourned to June 19, 2007 at 12:00 noon for initial conference before Judge Robinson. This adjournment is on consent and as such, time is excluded.

Further, counsel for defendant and the assigned AUSA, Ms. Cohen, are working towards a disposition before the next court date.

IF there are any questions or concerns with respect to this letter or its contents, please do not hesitate to contact me.

Sincerely,

Angelo G. MacDonald

Cc: AUSA Cohen – Fax. 914-993-1980

*Time from June 6 to June 19, 2007 is excluded for the purposes of the Speedy Trial Act in the interests of justice and on consent of all parties for the reasons set forth above.*

SO ORDERED
Stephen C. Robinson
UNITED STATES DISTRICT JUDGE
6/14/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

TOTAL P.01