

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*
July 12, 2007

**MEMO ENDORSED**

BY HAND DELIVERY
Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
New York, New York 10061

   Re: United States v. Rafael Castillo
     07 Cr. 427 (SCR)

Dear Judge Robinson:

  The Government submits this letter to request that the status conference in the above-captioned matter be adjourned from July 12, 2007 to 1:30 p.m. on August 1, 2007. This adjournment will provide defense counsel, Angelo McDonald, Esq., counsel for the defendant, with additional time to confer with his client and the Government concerning the disposition of the case.

  The Government respectfully requests that time be excluded from today, up to and including August 1, 2007 pursuant to Title 18, United States Code, Section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial. Mr. McDonald has advised the Government that he consents to such exclusion of time.

*Time is excluded for the purpose of the Speedy Trial Act calculations from July 13, 2007 to August 1, 2007 in the interests of justice and for the reasons set forth above.*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
Marcia S. Cohen
Assistant U.S. Attorney
(914) 993-1902

cc: Angelo McDonald, Esq. (by fax)

SO ORDERED:
_____
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
7/13/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____